[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 29, 2011
JOHN LEY
CLERK

No. 10-15308
Non-Argument Calendar

D. C. Docket No. 1:10-cv-02835-HLM

ETHEL BROOKS,

Plaintiff-Appellant,

versus

THE HARTFORD INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Georgia

(April 29, 2011)

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

The district court, in its order of October 13, 2010, dismissed the plaintiff's complaint for failure to state a claim for relief because the complaint was not

brought within the two-year limitations period contained in the insurance policy defendant issued plaintiff. Plaintiff now appeals. We find no error in the court's rationale for dismissing the complaint. The court's judgment is therefore

AFFIRMED.